JOSEPH D. HENDRICKSON, RESPONDENT, v. HANNAH L. ANDREWS, EXECUTRIX OF THE WILL OF BENAJAH D. ANDREWS, DECEASED, APPELLANT.

Argued November 23, 1915—Decided March 6, 1916.

On appeal from the Supreme Court.

For the appellant, *French & Richards.*

For the respondent, *Bleakly & Stockwell.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the *per curiam* opinion of this court in *John Nix & Co.* v. *Hannah L. Andrews, &c.,* No. 86 of the November term, 1915.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BLACK, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ.   11.

*For reversal*—None.